UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
**SOUTHERN DIVISION at PIKEVILLE**

| ANDREW JOHNSTON, | ) | |
| --- | --- | --- |
| Petitioner, | ) | Civil No. 7: 19-83-JMH |
| V. | ) | |
| WARDEN, USP-Big Sandy, | ) | **JUDGMENT** |
| Respondent. | ) | |

\*\*\*\*   \*\*\*\*   \*\*\*\*   \*\*\*\*

Consistent with the Memorandum Opinion and Order entered contemporaneously herewith, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is hereby **ORDERED** and **ADJUDGED** as follows:

1. Johnston's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 [R. 1] is **DENIED WITHOUT PREJUDICE**, to Johnston's right to file a civil rights complaint asserting his claims;

2. This action is **DISMISSED** and **STRICKEN** from the Court's active docket; and

3. This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

This the 17th day of October, 2019.



Signed By:
*Joseph M. Hood*
Senior U.S. District Judge

1